AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | )|
|---|---|
| ROOR, a German Corporation | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 0:16-cv-61896 |
| MASOOD AND SONS, INC., d/b/a FAST STOP, a Florida Corporation | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* MASOOD AND SONS, INC., d/b/a FAST STOP
R/A FAISAL MASOOD
3274 S Military Trail
Lake Worth, FL 33463

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Anthony Badway
The Ticktin Law Group, PLLC
600 West Hillsboro Blvd
Suite 220
Deerfield Beach, Florida 33441-1610

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: 8/9/2016

Select Courthouse

Steven M. Larimore
Clerk of Court

*s/ Landys Rodriguez*
Deputy Clerk
U.S. District Courts